**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAROSLAVA SHAHIN AND
GHASSAN SHAHIN,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE, LLC,

    Defendant.
_____/

CASE NO.: 8:17- cv-00655-RAL-AEP

**PLAINTIFFS' NOTICE OF SETTLEMENT**

    **COMES NOW**, Plaintiffs, JAROSLAVA SHAHIN and GHASSAN SHAHIN ("Plaintiffs"), by and through undersigned counsel, and hereby file this Notice of Settlement, and state that Plaintiffs and Defendant, NATIONSTAR MORTGAGE, LLC, have come to an amicable settlement agreement.

Date: **June 30, 2017**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    **BOSS LAW**

    */s/ Christopher W. Boss*
    **Christopher W. Boss, Esq.**
    Fla. Bar No.: 013183
    Service Email: cpservice@protectyourfuture.com
    9887 Fourth Street North, Suite 202
    St. Petersburg, Florida 33702
    Phone: (727) 471-0039
    Fax: (888) 503-2182
    *Counsel for Plaintiffs*