## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAROSLAVA SHAHIN AND  
GHASSAN SHAHIN,

     Plaintiff,

vs.

NATIONSTAR MORTGAGE, LLC,

     Defendant.
_____/

CASE NO.: 8:17- cv-00655-RAL-AEP

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice with each party to bear their own fees and costs.

Respectfully submitted,

| /s/ *Christopher Boss*<br>Christopher W. Boss, Esq.<br>**Boss Law**<br>9887 Fourth Street North, Suite 202<br>St. Petersburg, Florida 33702<br>Phone: (727) 471-0039<br>Email: cpservice@protectyourfuture.com<br>*Attorneys for Plaintiffs* | /s/ *Emily Y. Rottmann*<br>Emily Y. Rottmann, Esq.<br>**McGuireWoods, LLP**<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202<br>Tel.: (904) 798-3200<br>Email: erottmann@mcguirewoods.com<br>*Attorneys for Nationstar Mortgage LLC* |
|---|---|

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              **BOSS LAW**

                              */s/ Christopher W. Boss*  
                              **Christopher W. Boss, Esq.**  
                              Fla. Bar No.: 013183